# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV 19 PM 4: 47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC DEPUTY

VIASAT, INC., a Delaware Corporation

vs

SIRICOMM, ~~INC.~~, and DOES 1-10 inclusive Incorporated In Missouri

**SUMMONS IN A CIVIL ACTION**

Case No. '07 CV 2206 LAB (AJB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kenneth M. Fitzgerald
LATHAM & WATKINS LLP
600 W. BROADWAY, STE. 1800
SAN DIEGO, CA 92101-3375

An answer to the complaint which is herewith served upon you, within __20 (TWENTY)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELACRUZ

By _____, Deputy Clerk

NOV 1 9 2007
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S