LATHAM & WATKINS LLP
   Kenneth M. Fitzgerald (Bar. No. 142505)
   Robert S. Huie (Bar No. 237374)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: 1.619.236.1234
Facsimile: 1.619.696.7419

Attorneys for Plaintiff
ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SIRICOMM, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 3:07 CV 02206 LAB (AJB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: November 20, 2007

                                              LATHAM & WATKINS LLP
                                                  Kenneth M. Fitzgerald
                                                  Robert S. Huie

                                                  By /s/ Robert S. Huie
                                                      Robert S. Huie
                                                      Attorneys for Plaintiff
                                                      ViaSat, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\610779.1

CASE NO. 3:07 CV 02206 LAB (HJB)
NOTICE OF VOLUNTARY DISMISSAL